IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BRITTANY COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE TOWN OF BROOKSIDE, ALABAMA, et al., <br><br> Defendants. | Civil Action No. 2:22-cv-00423-NAD |

### APPLICATION FOR ADMISSION TO PRACTICE UNDER LR 83.1(b)

Comes now Samuel B. Gedge, Applicant herein, and respectfully represents the following:

    1.    Applicant is an attorney employed by the Institute for Justice. His office address is 901 N. Glebe Rd., Suite 900, Arlington, VA 22203. Phone: (703) 682-9320; E-mail: sgedge@ij.org.

    2.    Applicant's residence address is 24549 Wateroak Place, Aldie, Virginia 20105.

    3.    Since October 31, 2011, applicant has been, and presently is, a member in good standing of the Bar of the highest court of Virginia, where applicant resides and regularly practices law. (Applicant has previously been a member of the bars of Massachusetts (admitted November 20, 2014; retired August 30, 2017) and the District of Columbia (admitted May 11, 2012; retired August 3, 2018). He was in good standing at all times while a member of the bars of Massachusetts and the District of Columbia.)

    4.    Applicant has been admitted to practice before the following courts:

| Court | Date Admitted |
|---|---|
| U.S. Supreme Court | December 11, 2017 |
| U.S. Court of Appeals for the Tenth Circuit | June 19, 2018 |
| U.S. Court of Appeals for the Ninth Circuit | August 8, 2012 |

| | |
|---|---|
| U.S. Court of Appeals for the Seventh Circuit | April 9, 2021 |
| U.S. Court of Appeals for the D.C. Circuit | September 15, 2014 |
| U.S. District Court for the Eastern District of Virginia | August 26, 2016 |
| U.S. District Court for the Southern District of Illinois | August 2, 2019 |

5. Applicant is in good standing and eligible to practice in all courts to which he is admitted. (Applicant also was at all times in good standing in all courts where his admissions have since expired (the U.S. Court of Appeals for the Fifth Circuit and the U.S. District Court for the District of Colorado).)

6. Local counsel of record associated with Applicant in this matter is William M. Dawson, who has offices at Dawson Law Office, 1736 Oxmoor Rd., #101, Birmingham, Alabama, 35209. Phone: (205) 795-3512; Fax: (205) 870-7763, E-mail: bill@billdawsonlaw.com.

## Written Consent to Designation

I, William M. Dawson, consent to the designation of local counsel for Samuel B. Gedge in the above-captioned case.

*s/ William M. Dawson*
William M. Dawson
DAWSON LAW OFFICE
1736 Oxmoor Road, #101
Birmingham, AL 35209
Phone: (205) 795-3512
Fax: (205) 870-7763
E-mail: bill@billdawsonlaw.com

3

_____

I, Samuel B. Gedge, do hereby affirm under penalty of perjury that I am the applicant in the above-stated matter; that I have read the foregoing application and know the contents thereof, and that the contents are true of my knowledge and that as to those matters, I believe them to be true.

Executed on the 8th day of April, 2022 at Loudoun County, Virginia.

*s/ Samuel B. Gedge*
Samuel B. Gedge
VA Bar No. 80387
INSTITUTE FOR JUSTICE
901 North Glebe Road, Suite 900
Arlington, VA 22203
Phone: (703) 682-9320
Fax: (703) 682-9321
E-mail: sgedge@ij.org

**Certificate of Service**

I hereby certify that on this 8th day of April, 2022, a copy of the foregoing was served on all Defendants via U.S. Mail.

    Town of Brookside, Alabama
    2711 Municipal Lane
    Brookside, Alabama 35036

    Jett's Towing, Inc.
    3708 Veterans Memorial Dr.
    Adamsville, Alabama 35005

    Marcus Sellers
    5312 Rime Village
    Vestavia Hills, Alabama 35216

    *s/ Samuel B. Gedge*
    Samuel B. Gedge