# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BRITTANY COLEMAN;** *et al.*, on behalf of themselves and all others similarly situated, ) ) ) ) ) **Plaintiffs,** ) ) v. ) ) **TOWN OF BROOKSIDE, ALABAMA;** *et al.*, ) ) ) ) **Defendants.** ) | Case No.: 2:22-cv-423-AMM |

## **ORDER**

This case is one of three putative class actions pending against the Town of Brookside, Alabama ("the Town"). The other putative class actions are *Thomas v. Town of Brookside et al.*, Case No. 2:22-cv-157-AMM, and *Wattson v. Town of Brookside*, Case No. 2:21-cv-649-AMM. A fourth case asserting similar but non-class claims against the Town, *Harris v. Town of Brookside et al.*, Case No. 2:21-cv-1341-AMM, also is assigned to the undersigned.

The parties in all four cases are **ORDERED** to meet and confer and submit a joint status report stating their views regarding consolidation of all four above-named cases within fourteen days. A status conference is **SET** for **JANUARY 5, 2023**, at **9:00 a.m.**, in Courtroom 5B, Hugo L. Black U.S. Courthouse, Birmingham, Alabama.

**DONE** and **ORDERED** this 7th day of December, 2022.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE